UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:09-cr-00017 |
| | ) | |
| ROBERT REYNOLDS | ) | |

## ORDER

At the revocation hearing on September 17, 2019, Defendant admitted to the violations set forth in the Superseding Petition (Doc. No. 104), specifically that he unlawfully used controlled substances (Violation No. 1), and that he failed to report for drug testing and treatment(Violation No. 2). Defendant is hereby ADJUDICATED GUILTY of those violations. Disposition is held in ABEYANCE pending a further hearing on **December 2, 2019** at 9:00 a.m. Defendant shall continue to attend NA meetings, and shall participate in the 8-week outpatient treatment program at Elam Mental Health Center.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE